1  KIRKMAN J. HOFFMAN, CSBN 148663
   Attorney at Law
2  2021 The Alameda, #275
3  San Jose, CA 95126
   (408) 241-9620
4  Attorney for Plaintiff/Moving Party
   HARMIN INVESTMENTS, LP #109

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| HARMIN INVESTMENTS, LP #109, | Case No.: CV11-06141 EJD |
|---|---|
| Plaintiff, | |
| v. | ORDER SHORTENING TIME ON MOTION TO REMAND |
| ESSI MANSOORI; HEDIEH MANSOORI; and Does 1-20, inclusive, | |
| Defendants. | |

## ORDER SHORTENING TIME

Plaintiff HARMIN INVESTMENTS, LP #109's Application/Motion for Order Shortening Time for hearing and service of its Motion to Remand having been heard, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED:

ORDER SHORTENING TIME               -1-

1. Plaintiff HARMIN INVESTMENTS, LP #109's Motion to Remand shall be set for hearing on March 2, 2012, at 9:00 a.m., in Courtroom 4, on the 5th Floor of this Court;

2. Plaintiff shall serve a copy of its Motion to Remand and supporting papers upon Defendant MILES DAWSON, in person, via fax, or via overnight mail, no later than February 10, 2012. A copy of this Order Shortening Time shall be served along with such motion.

3. Any Opposition to Plaintiff's Motion to Remand shall be filed by February 17, 2012.

4. Plaintiff shall file its Reply, if any, by February 24, 2012.

Dated:  February 7, 2012

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMIN INVESTMENTS, LP #109 et al,<br><br>        Plaintiff,<br><br>  v.<br><br>ESSI MANSOORI, ET AL.<br><br>        Defendant. | Case Number: CV11-06141 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miles Dawson
3328 Moulin Lane
San Jose, CA 95135

Dated: February 7, 2012

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk