KIRKMAN J. HOFFMAN, CSBN 148663
Attorney at Law
2021 The Alameda, #275
San Jose, CA 95126
(408) 241-9620
Attorney for Plaintiff/Moving Party
HARMIN INVESTMENTS, LP #109

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HARMIN INVESTMENTS, LP #109, | Case No.: CV11-06141 EJD |
| Plaintiff, | |
| v. | ORDER SHORTENING TIME ON MOTION TO REMAND |
| ESSI MANSOORI; HEDIEH MANSOORI; and Does 1-20, inclusive, | |
| Defendants. | |

**ORDER SHORTENING TIME**

Plaintiff HARMIN INVESTMENTS, LP #109's Application/Motion for Order Shortening Time for hearing and service of its Motion to Remand having been heard, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED:

ORDER SHORTENING TIME            -1-

1. Plaintiff HARMIN INVESTMENTS, LP #109's Motion to Remand shall be set for hearing on  March 2, 2012 , at  9:00  a.m., in Courtroom 4, on the 5th Floor of this Court;

2. Plaintiff shall serve a copy of its Motion to Remand and supporting papers upon Defendant MILES DAWSON, in person, via fax, or via overnight mail, no later than  February 10, 2012 . A copy of this Order Shortening Time shall be served along with such motion.

3. Any Opposition to Plaintiff's Motion to Remand shall be filed by  February 17, 2012 .

4. Plaintiff shall file its Reply, if any, by  February 24, 2012 .

Dated:  February 7, 2012

_____
UNITED STATES DISTRICT JUDGE

ORDER SHORTENING TIME                    -2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMIN INVESTMENTS, LP #109 et al, <br><br> Plaintiff, <br><br> v. <br><br> ESSI MANSOORI, ET AL. <br><br> Defendant. | Case Number: CV11-06141 EJD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miles Dawson
3328 Moulin Lane
San Jose, CA 95135

Dated: February 7, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk