UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARMIN INVESTMENTS, LP #109,<br><br>            Plaintiff(s),<br>    v.<br>ESSI MANSOORI, ET AL.,<br><br>            Defendant(s).<br>_____/ | Case No. 5: 11-CV-06141 EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>(Re: Docket Item Nos. 5, 12) |

No objections having been received within the time allowed by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on January 18, 2012.  This Order terminates Docket Item Nos. 5 and 12.

For the reasons set forth in the Report and Recommendation, IT IS HEREBY ORDERED that hearing on Plaintiff's motion to remand is VACATED and the case shall be REMANDED to the Superior Court of the State of California, County of Santa Clara.  The Clerk shall close this file upon entry of Judgment.

**IT IS SO ORDERED.**

Dated:  February 10, 2012

                                                                                                        _____
                                                                                                        EDWARD J. DAVILA
                                                                                                        United States District Judge