UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARMIN INVESTMENTS, LP #109, <br><br> Plaintiff(s), <br> v. <br><br> ESSI MANSOORI, ET AL., <br><br> Defendant(s). | Case No.: 11-CV-06141 EJD <br><br> **JUDGMENT** |

This matter having been fully considered, and the court having adopted the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on January 18, 2012,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that that the case shall be remanded to the Superior Court of the State of California, County of Santa Clara.

IT IS FURTHER ORDERED that the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 10, 2012

EDWARD J. DAVILA
United States District Judge

Case No.: 11-CV-06141 EJD
JUDGMENT